**S. AMANDA MARSHALL, OSB # 95347**
United States Attorney
District of Oregon
**JANICE E. HÉBERT, Louisiana Bar #20218**
Assistant United States Attorney
Janice.hebert@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1011
Facsimile: (503) 727-1117
         Attorneys for Defendant the United States

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **AIMEE J. WRIGHT,** | Case No. 3:14-CV-01861 |
| **Plaintiff,** | |
| v. | **NOTICE OF REMOVAL OF CIVIL ACTION** |
| **MICHAEL J. SCHIFERL, MD & TUALITY COMMUNITY HOSPITAL,** | |
| **Defendants.** | |

/ / / /

/ / / /

Page 1       Notice of Removal of Civil Action
             *Wright v. Michael J. Scheferl, MD, et al.*; 3:14-cv-01861

**To: The United States District Court for the District of Oregon**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1442, 1446(a), on behalf of the United States, S. Amanda Marshall, United States Attorney for the District of Oregon, and Assistant U.S. Attorney Janice Hébert, file this Notice of Removal of Civil Case, and in support, state as follows:

1. On or about July 10, 2014, the following civil action alleging medical negligence was filed: *Wright v. Michael J. Schiferl, et al.*, in the Circuit Court of the State of Oregon for the County of Washington, Case No. C144010 CV.

2. Defendant Tuality Community Hospital is a federally deemed community health center by operation of the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(g)-(n) and is covered under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2401(b), 2671-80.

3. The United States has the statutory authority to remove this action to federal court. 28 U.S.C. §§ 1442, 1446(a).

4. Attached to this Notice of Removal is the Complaint (Attachment 1). The United States will supplement this filing with a copy of all process, pleadings and orders in the state court action as required by 28 U.S.C. § 1446(a).

5. A copy of this Notice of Removal of Civil Action is being served upon the Plaintiff and a copy shall be filed with the Court Clerk of Washington County, Oregon, as required by 28 U.S.C. § 1446(d).

/ / / /

/ / / /

WHEREFORE, the above-captioned case now pending in the Circuit Court of Washington County, Oregon, is removed to this Court as allowed by 28 U.S.C. § 1442.

Dated this 21st day of November 2014.

          Respectfully Submitted,

          S. AMANDA MARSHALL
          United States Attorney
          District of Oregon

          */s/ Janice E. Hébert*
          JANICE E. HÉBERT
          Assistant United States Attorney
          Attorneys for Defendant the United States

# CERTIFICATE OF SERVICE

I CERTIFY that a copy of **NOTICE OF REMOVAL OF CIVIL ACTION** was sent by first-class postage and deposited in the United States mail in Portland, Oregon, on November 21st, 2014 and addressed as follows:

Aimee J. Wright
ACP 0021-11
P.O. Box 1108
Salem, OR   97308

    Plaintiff Pro Se

Larry A. Brisbee
Brisbee & Stockton LLC
139 NE Lincoln St.
P.O. Box 567
Hillsboro, OR   97123
    Attorneys for Michael J. Schiferl, MD

    */s/Deanne Bateson*
    DEANNE BATESON
    Legal Assistant
    United States Attorney's Office
    District of Oregon
    (503) 727-1072